## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:11-cv-0043-JMS-MJD |
| | ) | |
| LT. S. LOVETT, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Converting Motion to Dismiss to Motion for Summary Judgment**

**I.**

The defendant's motion to dismiss filed on October 7, 2011, is **converted to a motion for summary judgment** because it relies on materials outside the pleadings. The defendant has already provided a notice to the plaintiff which includes a copy of Rule 56 of the *Federal Rules of Civil Procedure* and a copy of Local Rule 56.1. It is these rules which shall govern the briefing and resolution of the defendant's motion. The defendant shall, **within ten (10) calendar days** of the issuance of this Entry, file his "Statement of Material Facts Not in Dispute," pursuant to Local Rule 56.1(a).

**II.**

The plaintiff shall have **thirty (30) days** after the defendant files his "Statement of Material Facts Not in Dispute" in which to file his "Statement of Material Facts in Dispute," pursuant to Local Rule 56.1(b) and to supplement his response to the motion for summary judgment, if he so chooses. The defendant shall then have **fifteen (15) days** in which to reply.

## III.

The motion to dismiss filed pursuant to Rule 12(b)(6) [19] is **denied.** The clerk shall **re-file** the motion filed on October 7, 2011, and docket it as "defendant's motion for summary judgment" filed on the date of this Entry.

**IT IS SO ORDERED.**

Date:  01/11/2012

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

John L. Williams
20194-045
Tucson - FCI
Inmate Mail/Parcels
P.O. Box 23811
Tucson, AZ 85734

Gerald A. Coraz
United States Attorney's Office
Gerald.coraz@usdoj.gov

NOTE TO CLERK:   PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.