**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOHN L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:11-cv-0043-JMS-MJD |
| | ) | |
| LT. S. LOVETT, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Setting and Directing Preparations**
**for November 8, 2012, Telephonic Conference**

**I.**

Consistent with the Entry of August 21, 2012, a hearing will be conducted pursuant to *Pavey v. Conley*, 528 F.3d 494 (7th Cir. 2008), to resolve the defendant's affirmative defense that the plaintiff failed to exhaust his available administrative remedies prior to filing this action.

The burden of proof as to such defense rests on the defendants. *See Jones v. Bock,* 549 U.S. 199, 216 (2007); *Conyers v. Abitz,* 416 F.3d 580, 584 (7th Cir. 2005). The meaning of the exhaustion requirement is this: The Prison Litigation Reform Act requires that a prisoner exhaust his available administrative remedies before bringing a suit concerning prison conditions. 42 U.S.C. ' 1997e(a).

AProper exhaustion demands compliance with an agency's deadlines and other critical procedural rules because no adjudicative system can function effectively without imposing some orderly structure on the course of its proceedings.@ *Woodford v. Ngo,* 548 U.S. 81, 90-91 (2006) (footnote omitted). "In order to properly exhaust, a prisoner must submit inmate complaints and appeals 'in the place, and at the time, the prison's administrative rules require.'" *Dale v. Lappin,* 376 F.3d 652, 655 (7th Cir. 2004)(quoting *Pozo v. McCaughtry,* 286 F.3d 1022, 1025 (7th Cir. 2002)).

## II.

To facilitate and ensure the efficient submission of evidence and argument concerning the exhaustion issue, **this action is set for a pretrial conference with Magistrate Judge Dinsmore on November 8, 2012, at 9:00 a.m.**

The pretrial conference will be conducted in Courtroom 243 of the United States Courthouse in Indianapolis, Indiana. Given his present location, the plaintiff shall participate by phone. The defendant may participate by phone or in person. The anticipated duration of the conference is forty-five (45) minutes.

The parties will attend the conference having done or being prepared to do the following:

1. The parties will complete discovery concerning the question of exhaustion, and if discovery is not complete any discovery which is incomplete will be identified. If the court finds that necessary discovery is incomplete in some respect despite diligent efforts by the parties, an appropriate order for the completion of such discovery will be issued.

2. Final witness lists, if not already filed, shall be exchanged. The witness lists shall consist of the name and address of each anticipated witness, together with a brief summary of the evidence to be introduced through the testimony of such witness.

3. Final exhibit lists, if not already filed, shall be exchanged. Objections to any such exhibits shall be identified. Any objection shall be particularized as to authenticity or admissibility, or both.

4. The parties shall stipulate to pertinent facts as to which there is no dispute. The parties= contentions and the factual aspects relating to such contentions shall be identified. From this information, the court will identify the pertinent questions which must be resolved at the hearing.

5. The parties will identify and discuss any other information necessary for scheduling or conducting the hearing.

The plaintiff appears to be in transit at this time. The **plaintiff is directed to notify the court as soon as possible concerning where he will be incarcerated on November 8, 2012,** so that an order for the plaintiff's participation at the conference may be issued.

**IT IS SO ORDERED.**

Date: 09/17/2012

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Gerald A. Coraz**
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048
(317)226-6333
Fax: (317)226-6125
Email: gerald.coraz@usdoj.gov

**John L. Williams**
20194-045
JCDC
1300 Cherry Street
Kansas City, MO 64106